YALE TRANSPORT CORP. ET AL. *v.* UNITED STATES ET AL.

No. 584. Decided March 20, 1961.

*Herbert Burstein* for appellants.

*Solicitor General Cox, Acting Assistant Attorney General Kirkpatrick, Richard A. Solomon, Robert W. Ginnane* and *H. Neil Garson* for the United States and the Interstate Commerce Commission, and *Bernard G. Segal, Irving R. Segal* and *S. Harrison Kahn* for United Parcel Service, Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted.

BURD *v.* WILKINS, WARDEN.

No. 716, Misc. Decided March 20, 1961.

PER CURIAM.

The appeal is dismissed.